## No. 13,771.

STRICKLAND, DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF STRICKLAND'S TIRE SHOP *v.* TANKE.
(49 P. [2d] 1150)

Decided September 30, 1935.

Judgment affirmed en banc without written opinion, Mr. Justice Burke not participating.

Mr. CLARKE W. KINZIE, Messrs. SAUTER & SANDHOUSE, for plaintiff in error.

Mr. DEON E. H. DREFKE, for defendant in error.

## No. 13,776.

BREZINSKY ET AL. *v.* INDUSTRIAL COMMISSION ET AL.
(49 P. [2d] 1149)

Decided September 30, 1935.

Judgment affirmed en banc without written opinion, Mr. Justice Burke not participating.

Mr. EDWARD MILLER, for plaintiffs in error.

Mr. PAUL P. PROSSER, Attorney General, Mr. M. S. GINSBERG, Assistant, Mr. L. WARD BANNISTER, Mr. MARK H. HARRINGTON, Mr. DARWIN D. COIT, for defendants in error.